

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Victor I. Reyes**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document – District Court
2011CV540
CO Pueblo County District Court 10th JD
Filing Date: Oct 6 2011 5:54PM MDT
Filing ID: 40237895
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, PUEBLO COUNTY, COLORADO<br>Court Address:<br>320 West 10th Street<br>Pueblo, CO 81003<br>Phone: (719) 583-7000 | |
| **Plaintiff:**<br>MELISSA MILLER,<br><br>v.<br><br>**Defendants:**<br>RANDY R. CHACON & SHEILA K. CHACON | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br><br>Name: Lawrence D. Saunders<br>Address: Hassler Law Firm, LLC<br>    616 West Abriendo Ave.<br>    Pueblo, CO 81004<br>Phone:  (719) 544-2929<br>Fax:    (719) 544-1067<br>E-Mail: Larrsaunders@aol.com<br>Reg.#:   21194 | Case No. 2011CV540<br><br>Div.: C |

## STATUS REPORT

COMES NOW the Plaintiff, Melissa Miller, by and through her attorney, Lawrence D. Saunders hereby submits the following Status Report to the Court:

1. Plaintiff's counsel has had a skip trace conducted on the Defendants, Randy R. Chacon and Sheila K. Chacon.

2. The Defendants were recently located at 8330 Ingram Street, Mesa, Arizona.

3. Plaintiff's counsel is in the process of perfecting service upon the Defendants so that this matter can move forward.

4. Service upon the Defendants is anticipated to be completed within twenty (20) days.

5. Plaintiff's counsel will notify the Court once this has been accomplished or if a service upon the Defendants was unsuccessful.

RESPECTFULLY submitted this 5th day of October, 2011.

                           HASSLER LAW FIRM, LLC

                           /s/Lawrence D. Saunders
                           Lawrence D. Saunders, #21194
                           (filed electronically, original signature on file with counsel)
                           Attorney for Plaintiff

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Pueblo County District Court 10th JD |
| **Judge:** | Victor I Reyes |
| **File & Serve Transaction ID:** | 40197959 |
| **Current Date:** | Oct 06, 2011 |
| **Case Number:** | 2011CV540 |
| **Case Name:** | MILLER, MELISSA vs. CHACON, RANDY R et al |
| **Court Authorizer:** | Victor I Reyes |

**/s/ Judge Victor I Reyes**